UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE JAMES,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:21-cv-1242 JLT<br><br>ORDER VACATING THE SCHEDULING ORDER DATED AUGUST 18, 2021 |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits.  (*See* Doc. 1.)  Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record.  Accordingly, the Court **ORDERS**:

1. The Scheduling Order dated August 18, 2021 (Doc. 5) is **VACATED**; and
2. The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

Dated: __August 19, 2021__          _ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE